# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, <br> *Plaintiff*, <br> v. <br> WINSTON & STRAWN LLP, <br> *Defendant*. | Case No. 23-cv-4113 |

## CERTIFICATE OF SERVICE

On October 30, 2023, I e-filed the Alliance's motion for a preliminary injunction. The motion was also emailed to Winston's general counsel, along with a request for consent to service by email. Winston's counsel (Paula Hinton, PHinton@winston.com) responded by email on October 31, agreeing to accept electronic service.

*/s/ James F. Hasson*

James F. Hasson
(TX Bar No. 24109982)
(SD Tex. No. 3735757)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
james@consovoymccarthy.com

1