IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, <br><br> *Plaintiffs*, <br><br> v. <br><br> WINSTON & STRAWN LLP, <br><br> *Defendant.* | Case no. 23-cv-4113 |

**WINSTON & STRAWN'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Winston & Strawn LLP files this Corporate Disclosure Statement.

Defendant Winston & Strawn is a wholly owned limited liability partnership and does not have any publicly traded shares or any parent corporation. Based on information and belief, no public entity owns 10% or more of Winston & Strawn.

Date:        November 10, 2023

Respectfully submitted,

/s/ *Paula W. Hinton*

Paula W. Hinton
Texas Bar No. 9710300
S.D. Tex. ID No. 6283
WINSTON & STRAWN LLP
800 Capitol Street, Suite 2400
Houston, Texas 77002-2925
Tel: (713) 651-2663
Fax: (713) 651-2700
Email: PHinton@winston.com

*Attorney in-Charge*

OF COUNSEL:

Michael T. Murphy
Texas Bar No. 24051098
S.D. Tex. ID No. 621098
Robine K. Morrison Grant
Texas Bar No. 24099736
S.D. Tex. ID No. 3322442
WINSTON & STRAWN LLP
800 Capitol Street, Suite 2400
Houston, Texas 77002-2925
Tel: (713) 651-2600
Fax: (713) 651-2700
Email: MTMurphy@winston.com
Email: RGrant@winston.com

Ishan K. Bhabha*
D.C. Bar No. 1015673
Lauren J. Hartz*
D.C. Bar No. 1029864
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900

2

Washington, D.C. 20001
Tel: (202) 639-6000
Email: ibhabha@jenner.com
Email: lhartz@jenner.com

Attorneys *for Defendant
Winston & Strawn LLP*

*pro hac vice forthcoming

# CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2023, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*/s/ Paula W. Hinton*
Paula W. Hinton