IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, <br><br> *Plaintiff,* <br><br> *v.* <br><br> WINSTON & STRAWN LLP, <br><br> *Defendant.* | Case No. 4:23-cv-04113 |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the following:

1. Plaintiff filed this suit on October 30, 2023, challenging Defendant's 1L LCLD Scholars Program. The selection criteria used by Defendant for that program included "membership in a disadvantaged and/or historically underrepresented group in the legal profession."

2. Defendant published updated criteria, which no longer included the criterion described above, for the program on its website on December 1, 2023, and they are publicly available to all who wish to review them at https://www.winston.com/en/careers/law-students#tab-section-7.

3. Defendant has no intention of including the criterion described in paragraph 1 for its 1L LCLD Scholars Program in the future.

1

4. Any information voluntarily provided by applicants in response to a demographic question asking an applicant to identify their race or ethnicity will not be made available to anyone involved in selecting scholars for the 1L program.

5. Under the current program, applicants' race is not among the factors that will be considered, except to the extent contemplated by the Supreme Court in *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 600 U.S. 181, 230-31 (2023).

6. This case is hereby dismissed, with each side to bear its own fees and costs.

Date: December 6, 2023                                  Respectfully submitted,

                                        By: */s/ Cameron T. Norris*
Thomas R. McCarthy
(VA Bar No. 47154)
Cameron T. Norris
(TN Bar No. 33467)
*Lead Counsel*
James F. Hasson
(TX Bar No. 24109982)
(SD Tex. No. 3735757)
R. Gabriel Anderson
(TX Bar No. 24129302)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com

cam@consovoymccarthy.com
james@consovoymccarthy.com
gabe@consovoymccarthy.com

Adam K. Mortara
(TN Bar No. 40089)
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*Attorneys for Plaintiff*
*American Alliance for Equal Rights*


*/s/ Ishan K. Bhabha*
Ishan K. Bhabha
D.C. Bar No. 1015673
*Lead Counsel*
Lauren J. Hartz
D.C. BAR NO. 1029864
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, D.C. 20001
Tel: (202) 639-6000
Email: ibhabha@jenner.com
Email: lhartz@jenner.com

*/s/ Lawrence R. Desideri*
Lawrence R. Desideri
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Email: ldesideri@winston.com

*Attorneys for Defendant*
*Winston & Strawn LLP*

3