United States District Court
Southern District of Texas
**ENTERED**
December 11, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS., | § § § § | |
| Plaintiff, | § | CIVIL ACTION NO. H-23-4113 |
| v. | § § | |
| WINSTON & STRAWN, LLP, | § § | |
| Defendant. | § § | |

## ORDER

The parties have entered a stipulation of dismissal under Rule 41(1)(A)(ii) signed by all parties who have appeared in the case. (Docket Entry No. 21). This case is dismissed, and all pending motions are denied as moot.

SIGNED on December 11, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge